CHARLES P. LOCKWOOD et al., Appellants, v. W. VINCENT HALL et al., as Trustees of Series Q-1 Mortgage Investments of New York Title and Mortgage Company, et al., Respondents.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

GERTRUDE M. LUTZ, Appellant, v. AMERICAN VAN LINES, INC., et al., Respondents, et al., Defendants.—

No opinion. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

ABRAHAM MOLIVER, as Administrator of the Estate of ISIDORE MOLIVER, Deceased, Appellant, v. SAMUEL KNEBEL, Respondent.—

No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Judgment Creditor, v. JAMAICA STORAGE WAREHOUSE COMPANY, Judgment Debtor. In the Matter of the Application of FLUSHING STORAGE WAREHOUSE COMPANY, Appellant, to Vacate a Subpoena Duces Tecum. LOUIS COHEN, Respondent.—

Present —

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.